**Order filed December 29, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00978-CV
_____

**KENNETH BONIABY, Appellant**

**V.**

**SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS AND BRIAN SCHAEFER, Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 57614**

---

## O R D E R

The notice of appeal in this case was filed October 22, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 14, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM